# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MORGAN,<br><br>               Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>               Defendant. | Case No.: 18cv380-WQH-NLS<br><br>**ORDER** |

HAYES, Judge:

On February 20, 2018, Plaintiff Travis Morgan initiated this action by filing a Complaint pursuant to 42 U.S.C. § 405, a motion to proceed in forma pauperis, and a motion to appoint counsel. (ECF Nos. 1-3).

## I. Motion to Proceed In Forma Pauperis

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $400.00. *See* 28 U.S.C. § 1914(a); S.D. Cal. CivLR 4.5. An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).

The Affidavit filed by Plaintiff states that he is unable to pay the costs of these proceedings and is entirely reliant on government assistance due to a progressive and incurable disease. Plaintiff is unemployed and has a monthly income of around $200.00. After review of Plaintiff's motion and affidavit, the Court concludes that Plaintiff cannot afford to pay the costs of these proceedings and is entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

**II.     Initial Screening**

A complaint filed by any person proceeding in forma pauperis pursuant to 28 U.S.C. § 1915(a) is also subject to mandatory review and sua sponte dismissal to the extent it "is frivolous or malicious; fails to state a claim on which relief may be granted; or seeks monetary relief from a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B); *see Lopez v. Smith*, 203 F.3d 1122, 1126 (9th Cir. 2000) (en banc). The standard used to evaluate whether a complaint states a claim is a liberal one, particularly when the action has been filed pro se. *See Estelle v. Gamble*, 429 U.S. 97, 106 (1976). However, even a "liberal interpretation . . . may not supply elements of the claim that were not initially pled." *Ivey v. Bd. of Regents of the Univ. of Alaska*, 673 F.2d 266, 268 (9th Cir. 1982). "[P]ro se litigants are bound by the rules of procedure." *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995). Federal Rule of Civil Procedure 8 provides that "[a] pleading that states a claim for relief must contain ... a short and plain statement of the claim showing that the pleader is entitled to relief...." Fed. R. Civ. P. 8(a)(2).

Upon review of the Complaint, the Court concludes that Plaintiff's Complaint adequately states a claim for judicial review of a social security benefits decision for purposes of the sua sponte screening required under 28 U.S.C. § 1915(a). Plaintiff is therefore automatically entitled to U.S. Marshal service on his behalf. *See Lopez*, 203 F.3d at 1126-27; 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process, and perform all duties in [IFP] cases."); Fed. R. Civ. P. 4(c)(2) (providing that "service be effected by a United States marshal, deputy United States marshal, or other officer specially

appointed by the court . . . when the plaintiff is authorized to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.").

### III. Conclusion

IT IS HEREBY ORDERED that Plaintiff's motion to proceed in forma pauperis is GRANTED. (ECF No. 2). The Clerk of Court shall issue a summons and provide Plaintiff with the summons, certified copies of both this Order and the complaint, and a blank U.S. Marshal Form 285. Plaintiff shall complete the U.S. Marshal Form 285, and forward the Form 285 and the designated copies of this Order and the complaint to the U.S. Marshal. The U.S. Marshal shall serve a copy of the complaint and summons upon Defendant as directed by Plaintiff on the U.S. Marshal Form 285.

IT IS FURTHER ORDERED that all matters arising in this social security case are referred to the Honorable Nita L. Stormes, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c).

Dated: March 5, 2018

Hon. William Q. Hayes
United States District Court