UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MORGAN,<br><br>            Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Officially as Acting Commissioner of the Social Security Administration,<br><br>            Defendant. | Case No.: 3:18-cv-00380-KSC<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR SERVICE OF ELECTRONIC DOCUMENTS**<br><br>**[Doc. No. 24]** |

      Defendant filed a Certificate of Service informing the Court that "a digital copy of the certified administrative record" has been served on plaintiff, Travis Morgan. [Doc. No. 26]. As plaintiff has received the electronic copy of the documents requested, his Motion is **DENIED** as **MOOT**.

      **IT IS SO ORDERED**.

Dated: August 15, 2018

_____
Hon. Karen S. Crawford
United States Magistrate Judge