UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MORGAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Officially as Acting Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | Case No.: 3:18-cv-00380-LAB-KSC<br><br>**ORDER DENYING MOTION FOR DELAYED DECISION [DOC. NO. 37] & MOTION TO QUASH DEFENDANT'S EVIDENCE [DOC. NO. 39]** |

　　　Presently before the Court are two motions filed by plaintiff Travis Morgan. In the first Motion, which was filed December 26, 2018, he requests the Court delay its decision on the pending cross-motions for summary judgment to allow him time to file another motion, the nature of which he does not describe. Doc. No. 37. This mystery motion appears, however, to be the second Motion currently before the Court, which was filed *nunc pro tunc* on January 9, 2019, rendering plaintiff's first Motion as moot. Doc. No. 39.

　　　In the second Motion, plaintiff requests the Court quash evidence in the administrative record that defendant received from the IRS regarding plaintiff's earnings

for 2008 and 2009, on the basis the IRS has since corrected its records of plaintiff's earning for those years. *Id*., Ex. F001-006.

The Court's role in this case is to review the final decision of the Commissioner to determine whether it is supported by substantial evidence in the certified administrative record and is free from legal error.[1] *See* 42 U.S.C. § 405(h); *Hill v. Astrue*, 698 F.3d 1153, 1158 (9th Cir. 2012). The Court's duty requires it to review the entire record as a whole. *See e.g. Hill*, 698 F.3d at 1158-59. It may not, therefore, remove evidence that is part of the administrative record, and which was considered by the Commissioner in making its final determination. Based on the foregoing, plaintiff's Motions are **DENIED**.

**IT IS SO ORDERED**.

Dated: February 11, 2019

Hon. Karen S. Crawford
United States Magistrate Judge

---

[1] The Court has completed its review of the administrative record and the arguments raised by the parties in their respective cross-motions and concluded the Commissioner's final determination, including specifically the finding regarding plaintiff's earnings for 2008 and 2009, is not supported by substantial evidence in the record, given plaintiff's testimony and evidence corroborating his claim the IRS records relied on by the ALJ were erroneous. [Doc. No. 40.] As such, the Court has recommended plaintiff's case be remanded for further administrative proceedings, including further developing the record and making a proper finding on this issue. *Id.*