# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| TRAVIS MORGAN, | CASE NO. 18cv380-LAB (KSC) |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION [Dkt. 40]** |
| vs. | |
| NANCY A. BERRYHILL, | |
| Defendant. | |

This social security appeal was referred to Magistrate Judge Karen S. Crawford for a report and recommendation ("R&R"). Judge Crawford's R&R recommends that (1) Plaintiff's motion for summary judgment be granted in part and denied in part, (2) Defendant's motion for summary judgment be denied, and (3) the case be remanded for further administrative proceedings. Objections to the R&R were due on February 25, 2019, but none were filed. The Court has reviewed the R&R and **ADOPTS** it in full. For the reasons set forth in the R&R, Plaintiff's motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART** (Dkt. 28); Defendant's motion for summary judgment is **DENIED** (Dkt. 30); and this case is **REMANDED** for further administrative proceedings consistent with this Court's opinion. The clerk is directed to enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

Dated: March 4, 2019

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge